UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KENNETH ROBERT HUGHES, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN ENGLISH and JOHNSON, <br><br> Defendants. | CAUSE NO.: 3:24-CV-73-TLS-JEM |

**OPINION AND ORDER**

Kenneth Robert Hughes, a prisoner who filed this case without a lawyer, has obtained counsel who filed an amended complaint. ECF Nos. 10, 14. The amended complaint states a claim against Warden Brian English and Correctional Officer Johnson. However, the Unknown IDOC Employees 1-10 will be dismissed. "[I]t is pointless to include lists of anonymous defendants in federal court; this type of placeholder does not open the door to relation back under Fed. R. Civ. P. 15, nor can it otherwise help the plaintiff." *Wudtke v. Davel*, 128 F.3d 1057, 1060 (7th Cir. 1997) (citations omitted).

Accordingly, the Court:

(1) DISMISSES IDOC and

(2) ORDERS, under 42 U.S.C. § 1997e(g)(2), Warden Brian English and Correctional Officer Johnson to respond, as provided for in the Federal Rules of Civil Procedure and N.D. Ind. L.R. 10-1(b).

SO ORDERED on July 16, 2024.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT